DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIA D'ANTONIO,**
Appellant,

v.

**JERRY MAY,**
Appellee.

No. 4D21-1499

[August 25, 2021]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Marni A. Bryson, Judge; L.T. Case No. 502020SC012983.

Maria D'Antonio, Boca Raton, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See* Fla. R. App. P. 9.315(a).

CONNER, C.J., GROSS and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***